UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRIAN HOCKENBERY, | No. 2:13-cv-1449 DAD P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

On July 19, 2013, plaintiff filed a letter with the court in which he appeared to complain about the mental health treatment he was receiving from one Dr. Hamilton. On August 29, 2013, the court advised plaintiff that, in order to properly commence an action, he needed to file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. The court granted plaintiff thirty days to do so, but on September 17, 2013, the court's order was returned as undeliverable because plaintiff is deceased.

/////
/////
/////
/////
/////

1

1  Pursuant to Federal Rule of Civil Procedure 25(a)(1), successors or representatives of a
2  deceased party may make a motion for substitution not later than ninety days after service of a
3  statement noting death.  The court accepts the suggestion of death on the record.  Unless a motion
4  for substitution is made within 90 days, this action will be dismissed.
5  **IT IS SO ORDERED.**
6  Dated:  February 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hock1449.notice