UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRIAN HOCKENBERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:13-cv-1449 DAD P<br><br><br>ORDER |

　　　By way of background, on July 19, 2013, plaintiff filed a letter with the court in which he appeared to complain about the mental health treatment he was receiving from one Dr. Hamilton. In response thereto, and out of an abundance of caution, the Clerk of the Court opened this civil case. On August 29, 2013, the court advised plaintiff that, in order to properly commence an action, he needed to file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. The court granted plaintiff thirty days to do so, but on September 17, 2013, the court's order was returned as undeliverable because plaintiff is deceased.

　　　On February 11, 2014, the court issued an order and accepted the suggestion of death on the record. Pursuant to Federal Rule of Civil Procedure 25(a)(1), the court noted that successors or representatives of plaintiff could make a motion for substitution no later than ninety days after service of the statement suggesting death. The court further noted that unless a motion for

1

1  substitution was made within ninety days, the court would dismiss this action.  Ninety days has
2  since passed, and none of plaintiff's successors or representatives has filed a motion for
3  substitution.
4        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.
5  Dated:  May 21, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hock1449.close